# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146635 & (13)(14)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

WILBERT JAMES SMITH,
　　　　Defendant-Appellant.

SC: 146635
COA: 311056
Wayne CC: 94-001186-01-FC

_____/

　　　　On order of the Court, the application for leave to appeal the December 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and motion to remand or to show cause are DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



d0826

Clerk